IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON GRANT,

    Plaintiff,

v.

J. HANSER, MR. HETH,
CHERYL SCHUCHARDT and
JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-594-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Jason Grant's failure to state a claim upon which relief may be granted.

| /s/ | 10/13/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |